FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ROMELIA GUTIERREZ-MEJIA,
Defendant.

Criminal Case No. 08CR933-JM

I N F O R M A T I O N

Title 18, U.S.C., Section 1001-
False Statement to a Federal
Officer (Felony)

The United States Attorney charges:

On or about February 26, 2008, within the Southern District of California, defendant ROMELIA GUTIERREZ-MEJIA, in a matter within the jurisdiction of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to a Department of Homeland Security, Customs and Border Protection Officer, that her name was Elvia Josefina Rosas Padilla, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney
[signature]
JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lml:3/7/08