1AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROMELIA GUTIERREZ-MEJIA

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR933-JM

I, ROMELIA GUTIERREZ-MEJIA, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on 3/27/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Romelia Gutierrez.

ROMELIA GUTIERREZ-MEJIA
Defendant

Bridget Kennedy

BRIDGET L. KENNEDY
Counsel for Defendant

Before ______________________
JUDICIAL OFFICER

JDM:lml:3/7/08