# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Romela Gutierrez-Mejia )

CASE NUMBER 08CR0933-JM

ABSTRACT OF ORDER

Booking No. 07357298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of April 25, 2008

the Court entered the following order:

FILED
APR 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

✓ Defendant be released from custody.

______ Defendant placed on supervised / unsupervised probation / supervised release.

______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

______ Defendant released on $______ bond posted.

______ Defendant appeared in Court. FINGERPRINT & RELEASE.

______ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

✓ Defendant sentenced to TIME SERVED, supervised release for 3 years.

______ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______ dismissing appeal filed.

______ Bench Warrant Recalled.

______ Defendant forfeited collateral.

______ Case Dismissed.

______ Defendant to be released to Pretrial Services for electronic monitoring.

______ Other.______

UNITED STATES MAGISTRATE JUDGE

OR

Received ______ DUSM

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY